| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008<br>AMENDED | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Vance, Sarah S. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>08/7/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>500 Poydras Street<br>Room C-255<br>New Orleans, Louisiana 70130 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | New Orleans Chapter Federal Bar Association |
| 2. Board Member | Tulane Law Institute National Advisory Board |
| 3. Adjunct Faculty | Tulane Law School |
| 4. Board Member | Tulane Law School -- Dean's Advisory Board |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Vance, Sarah S

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | March 12-13, 2008 | New York, New York | Speaker | Travel, lodging, meals |
| 2. | American Bar Association, Section of Antitrust Law | March 25-27, 2008 | Washington, D.C. | Speaker | Travel, lodging, meals |
| 3. | American Bar Association, Section of Antitrust Law | September 24-28, 2008 | Hot Springs, Virginia | Speaker | Travel, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    IRA #1, Merrill Lynch New Orleans: | | | | | | | | | |
| 2.    --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3.    --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 4.    --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 5.    --Lord Abbett Global FD EQ SR CL A | A | Dividend | J | T | | | | | |
| 6.    --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8.    IRRA #2, Rollover Merrill Lynch: | | | | | | | | | |
| 9.    --Merrill Lynch USA Rasp | A | Dividend | J | T | | | | | |
| 10.    --Putnam International Equity FD CL B | A | Dividend | | | Sold | 8/11 | K | A | |
| 11.    --Blackrock Fundamental Growth FD INC B | A | Dividend | K | T | | | | | |
| 12.    --Putnam International Equity FD CL A | A | Dividend | K | T | | | | | |
| 13.    --Oppenheimer Global Opp FD SBI | A | Dividend | K | T | | | | | |
| 14.    --Munder Small Cap Value CL B | A | Dividend | K | T | | | | | |
| 15.    --Columbia Marsico Focused Equities FD B | A | Dividend | K | T | | | | | |
| 16.    --ING International Small Cap Multimanager Fund CL B | A | Dividend | | | Sold | 8/5 | J | A | |
| 17.    --Davis NY Venture FD B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Mass Investors Growth Stock Fund Class B | A | Dividend | | | Sold | 7/22 | J | A | |
| 19. --Blackrock Value Opport Fund Inc B | A | Dividend | J | T | | | | | |
| 20. --Davis NY Venture FD A | A | Dividend | K | T | | | | | |
| 21. --Massachusetts Investors Growth Stock FD CL A | A | Dividend | J | T | Buy | 7/22 | J | | |
| 22. --ING International Small Cap Multimmanager FD CL A | A | Dividend | J | T | Buy | 8/5 | J | | |
| 23. --Blackrock Fundamental Growth FD INC A | A | Dividend | J | T | Buy | 8/11 | J | | |
| 24. --Putnam International Equity FD CL A | A | Dividend | K | T | Buy | 8/11 | K | | |
| 25. | | | | | | | | | |
| 26. IRA #3, Merrill Lynch New Orleans: | | | | | | | | | |
| 27. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 28. --ML Bank USA Rasp | A | Dividend | J | T | | | | | |
| 29. --Lord Abbett Developing Growth FD CL A | A | Dividend | J | T | | | | | |
| 30. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 31. --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 32. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. Profit Sharing Retirement Plan - Fidelity Invest. Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Low Price Stock K F/N/A Low Price Stock Fund | E | Dividend | M | T | Sold (part) | 12/27 | K | A | |
| 36. --Ret Gov't (Money Market Fund) | A | Dividend | L | T | Buy | 4/15 | J | | |
| 37. | | | | | Buy (add'l) | 6/15 | J | | |
| 38. | | | | | Buy (add'l) | 12/15 | K | | |
| 39. --Spartan U.S. Equity Index | A | Dividend | | | Sold | 12/27 | J | A | |
| 40. --Oakmark Int Fund | D | Dividend | M | T | Sold (part) | 12/27 | M | A | |
| 41. --Baron Growth | A | Dividend | L | T | Sold (part) | 12/27 | M | A | |
| 42. --Fidelity Growth Company K F/N/A Fidelity Growth Company | A | Dividend | M | T | | | | | |
| 43. --Davis NY Venture Y F/N/A Davis NY Venture A | C | Dividend | M | T | | | | | |
| 44. | | | | | | | | | |
| 45. Cash Management Account, Merrill Lynch: | | | | | | | | | |
| 46. --Cash / CMA Money Fund | A | Dividend | J | T | | | | | |
| 47. --Capital One Financial Common | | | | | Sold | 1/2 | K | | |
| 48. --Eaton Vance Tax Div Inc. | A | Dividend | J | T | Buy | 3/5 | J | | |
| 49. --Eaton Vance TX-AD GL Div Global Dividend Inc FD | B | Dividend | J | T | Buy | 1/3 | K | | |
| 50. | | | | | | | | | |
| 51. ▇▇▇ Trust, Merrill Lynch: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    --Cash / CMA Money Fund | A | Interest | K | T | | | | | |
| 53.    --Putnam International Equity FD CL B | A | Dividend | | | Sold | 8/11 | J | A | |
| 54.    --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 55.    --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |
| 56.    --Putnam International Equity Fund CL A | A | Dividend | J | T | Buy | 8/11 | J | | |
| 57.    --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | |
| 59.    IRRA #4, Rollover Merrill Lynch: | | | | | | | | | |
| 60.    --Cash | A | Dividend | O | T | Sold (part) | 1/16 | J | | |
| 61. | | | | | Sold (part) | 1/17 | J | | |
| 62. | | | | | Sold (part) | 1/23 | J | | |
| 63. | | | | | Sold (part) | 1/28 | J | | |
| 64. | | | | | | | | | |
| 65.    --COMP DE BEBIDAS SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 66. | | | | | Sold | 2/12 | J | A | |
| 67.    --ALLIED IRSH BKS SPND ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 68. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --AUST NW Z B G ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 70. | | | | | Sold | 2/12 | J | A | |
| 71. --BANCO B VIZ ARGT SA ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 72. | | | | | Sold | 2/12 | J | A | |
| 73. --BARCLAYS PLC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 74. | | | | | Sold | 2/12 | J | A | |
| 75. --BNP PARIBAS SPONSORD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 76. | | | | | Sold | 2/12 | J | A | |
| 77. --BANK OF NOVA SCOTIA | A | Dividend | | | Buy | 1/16 | J | | |
| 78. | | | | | Sold | 2/12 | J | A | |
| 79. --BUNZL PLC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 80. | | | | | Sold | 2/12 | J | A | |
| 81. --CAMECO CORP COM | A | Dividend | | | Buy | 1/16 | J | | |
| 82. | | | | | Sold | 2/12 | J | A | |
| 83. --CORUS ENTMT INC CL B N V | A | Dividend | | | Buy | 1/16 | J | | |
| 84. | | | | | Sold | 2/12 | J | A | |
| 85. --CANADIAN NATURAL RES LTD | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 2/12 | J | A | |
| 87. --CRH PLC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 88. | | | | | Sold | 2/12 | J | A | |
| 89. --CONTINENTAL AG SPNRD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 90. | | | | | Buy (add'l) | 1/17 | J | | |
| 91. | | | | | Sold | 2/12 | J | A | |
| 92. --CEMEX SAB DE CV SPND ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 93. | | | | | Sold | 2/12 | J | A | |
| 94. --DANSKE BK A/S UNSPNS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 95. . | | | | | Sold | 2/12 | J | A | |
| 96. --EXPERIAN GROUP LTD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 97. | | | | | Sold | 2/12 | J | A | |
| 98. --FRESENIUS MEDICAL CARE AG & CO SPON ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 99. | | | | | Sold | 2/12 | J | A | |
| 100. --FORTIS (NL)-SPONS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 101. | | | | | Sold | 2/12 | J | A | |
| 102. --GLAXOSMITHKLINE PLC ADR | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 2/12 | J | A | |
| 104. --HYPO REAL EST HLDG A ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 105. | | | | | Sold | 2/12 | J | A | |
| 106. --BANK OF IRELAND SPNS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 107. | | | | | Sold | 2/12 | J | A | |
| 108. --ORIX CORPORATION SP ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 109. | | | | | Sold | 2/12 | J | A | |
| 110. --KOOKMIN BANK NEW SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 111. | | | | | Sold | 2/12 | J | A | |
| 112. --KT CORP ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 113. | | | | | Sold | 2/12 | J | A | |
| 114. --LADBROKES PLC SPON ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 115. | | | | | Sold | 2/12 | J | A | |
| 116. --LOGITECH INTERNATIONAL | A | Dividend | | | Buy | 1/16 | J | | |
| 117. | | | | | Sold | 2/12 | J | A | |
| 118. --LOTTOMATICA SPA-SPON ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 119. | | | | | Sold (part) | 2/7 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 2/12 | J | A | |
| 121. --LUKOIL SPONSORED ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 122. | | | | | Sold | 2/12 | J | A | |
| 123. --LUXOTTICA GP SPA SPNDADR | A | Dividend | | | Buy | 1/16 | J | | |
| 124. | | | | | Sold | 2/12 | J | A | |
| 125. --LLOYDS TSB GROUP SPD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 126. | | | | | Sold | 2/12 | J | A | |
| 127. --NIDEC CORPORATION ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 128. | | | | | Sold | 2/12 | J | A | |
| 129. --NOMURA HLDGS INC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 130. | | | | | Sold | 2/12 | J | A | |
| 131. --NISSAN MTR LTD SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 132. | | | | | Sold | 2/12 | J | A | |
| 133. --NESTLE S A REP RG SH ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 134. | | | | | Buy (add'l) | 1/28 | J | | |
| 135. | | | | | Sold | 2/12 | J | A | |
| 136. --NINTENDO LTD ADR | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 2/12 | J | A | |
| 138. --NOVO NORDISK A S ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 139. | | | | | Sold | 2/12 | J | A | |
| 140. --NOVARTIS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 141. | | | | | Sold | 2/12 | J | A | |
| 142. --PETRLEO BRAS VTG SPD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 143. | | | | | Sold | 2/12 | J | A | |
| 144. --PUBLICIS GROUPE SPON ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 145. | | | | | Sold | 2/12 | J | A | |
| 146. --DR REDDY'S LAB LTD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 147. | | | | | Sold | 2/12 | J | A | |
| 148. --COM VALE DO RIO DOCE SPO ADR REPSTG 250 | A | Dividend | | | Buy | 1/16 | J | | |
| 149. | | | | | Sold | 2/12 | J | A | |
| 150. --SAP AKGSLTT SPONSORD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 151. | | | | | Sold | 2/12 | J | A | |
| 152. --SUMITOMO M INDS SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 153. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --SONY CORP ADR NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 155. | | | | | Sold | 2/12 | J | A | |
| 156. --SUNCOR ENERGY INC NPV | A | Dividend | | | Buy | 1/16 | J | | |
| 157. | | | | | Sold | 2/12 | J | A | |
| 158. --SWISS REINS SPNSD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 159. | | | | | Sold | 2/12 | J | A | |
| 160. --STANTEC INC. | A | Dividend | | | Buy | 1/16 | J | | |
| 161. | | | | | Sold | 2/12 | J | A | |
| 162. --TDK CORP AMERN DEP SHR | A | Dividend | | | Buy | 1/16 | J | | |
| 163. | | | | | Sold | 2/12 | J | A | |
| 164. --TELEFONICA SA SPAIN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 165. | | | | | Sold | 2/12 | J | A | |
| 166. --TEVA PHARMACTCL INDS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 167. | | | | | Sold | 2/12 | J | A | |
| 168. --TOMKINS PLC SP ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 169. | | | | | Sold | 2/12 | J | A | |
| 170. --TALISMAN ENERGY INC COM | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 2/12 | J | A | |
| 172.  --TNT N V ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 173. | | | | | Sold | 2/12 | J | A | |
| 174.  --TOTAL S.A. SP ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 175. | | | | | Sold | 2/12 | J | A | |
| 176.  --TORAY INDUSTRYS INC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 177. | | | | | Sold | 2/12 | J | A | |
| 178.  --TENARIS S A ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 179. | | | | | Sold | 2/12 | J | A | |
| 180.  --TESCO PLC SPNRD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 181. | | | | | Sold | 2/12 | J | A | |
| 182.  --GRUPO TELEVISA SA ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 183. | | | | | Sold | 2/12 | J | A | |
| 184.  --UBS AG | A | Dividend | | | Buy | 1/16 | J | | |
| 185. | | | | | Sold | 2/12 | J | A | |
| 186.  --ULTRAPAR PARTICPAC SPADR | A | Dividend | | | Buy | 1/16 | J | | |
| 187. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --VODAFONE GROUP PLC NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 189. | | | | | Sold | 2/12 | J | A | |
| 190. --WOODSDE PETE LTD SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 191. | | | | | Sold | 2/12 | J | A | |
| 192. --WILLIS GROUP HLDINGS LTD | A | Dividend | | | Buy | 1/16 | J | | |
| 193. | | | | | Sold | 2/12 | J | A | |
| 194. --NOIKA CORP SPON DAR | A | Dividend | | | Buy | 1/23 | J | | |
| 195. | | | | | Sold | 2/12 | J | A | |
| 196. --ML BANK USA RASP | A | Dividend | | | Buy | 1/15 | M | | |
| 197. | | | | | Sold (part) | 1/16 | L | A | |
| 198. | | | | | Sold | 6/25 | J | A | |
| 199. | A | Dividend | | | Buy | 1/14 | M | | |
| 200. | | | | | Sold (part) | 1/16 | M | A | |
| 201. | | | | | Sold | 6/25 | J | A | |
| 202. | A | Dividend | | | Buy | 1/14 | M | | |
| 203. | | | | | Sold (part) | 1/16 | M | A | |
| 204. | | | | | Sold | 6/25 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --RETIRMENT RESERVES CL I | A | Dividend | J | T | Buy | 2/25 | J | | |
| 206. | | | | | | | | | |
| 207. --AMERICAN CENTURY NEW OPPORTUNITIES II INVESTOR | A | Dividend | K | T | Buy | 2/21 | K | | |
| 208. | | | | | Buy (add'l) | 2/22 | K | | |
| 209. | | | | | Sold | 8/14 | J | | |
| 210. --BRANDYWINE BLUE FUND | A | Dividend | L | T | Buy | 2/21 | L | | |
| 211. | | | | | Buy (add'l) | 2/22 | K | | |
| 212. --JOHN HANCOCK LARGE CAP EQUITY FD CL I | B | Dividend | K | T | Buy | 2/21 | L | | |
| 213. | | | | | Buy (add'l) | 2/22 | K | | |
| 214. | | | | | Sold | 8/14 | J | | |
| 215. --LORD ABBETT SMALL CAP VALUE CL A | A | Dividend | K | T | Buy | 2/21 | K | | |
| 216. | | | | | Buy (add'l) | 2/22 | J | | |
| 217. | | | | | Sold | 8/14 | J | | |
| 218. --BLACKROCK LARGE CAP VALUE FD INSTL | A | Dividend | K | T | Buy | 2/21 | K | | |
| 219. | | | | | Buy (add'l) | 2/22 | K | | |
| 220. --MFS RESEARCH INTL FUND CLASS A | A | Dividend | K | T | Buy | 2/21 | K | | |
| 221. | | | | | Buy (add'l) | 2/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --COLUMBIA INTERNATIONAL VALUE FUND INV A | A | Dividend | K | T | Buy | 2/21 | K | | |
| 223. | | | | | Buy (add'l) | 2/22 | K | | |
| 224. | | | | | Buy (add'l) | 6/20 | J | | |
| 225. | | | | | Sold | 8/14 | L | | |
| 226. --COLUMBIA MARSICO GROWTH FD CL A | A | Dividend | L | T | Buy | 2/21 | L | | |
| 227. | | | | | Buy (add'l) | 2/22 | K | | |
| 228. | | | | | Buy (add'l) | 6/20 | J | | |
| 229. --TOUCHSTONE LARGE CAP GROWTH FD CL A | A | Dividend | L | T | Buy | 2/21 | L | | |
| 230. | | | | | Buy (add'l) | 2/22 | K | | |
| 231. --THORNBURG INTERNATIONAL VALUE FUND CL I | A | Dividend | K | T | Buy | 2/21 | K | | |
| 232. | | | | | Buy (add'l) | 2/22 | K | | |
| 233. --ARTIO INTERNATIONAL EQUITY FUND II CL I | B | Dividend | K | T | Buy | 8/14 | K | | |
| 234. --A N S Y S INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 235. | | | | | Sold | 2/12 | J | A | |
| 236. --AARON RENTS INC 50CTS GA | A | Dividend | | | Buy | 1/16 | J | | |
| 237. | | | | | Sold | 2/12 | J | A | |
| 238. --AFFILIATED MANAGERS GRP | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 2/12 | J | A | |
| 240. --ALBERTO-CULVER CO NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 241. | | | | | Sold | 2/12 | J | A | |
| 242. --AMBASSADORS GROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 243. | | | | | Sold | 2/12 | J | A | |
| 244. --AMETEK INC NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 245. | | | | | Sold | 2/12 | J | A | |
| 246. --AMPHENOL CORP CL A NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 247. | | | | | Sold | 2/12 | J | A | |
| 248. --APTARGROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 249. | | | | | Sold | 2/12 | J | A | |
| 250. --ARBITRON INC | A | Dividend | | | Buy | 1/16 | J | | |
| 251. | | | | | Sold | 2/12 | J | A | |
| 252. --BIO RAD LABS CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 253. | | | | | Sold | 2/12 | J | A | |
| 254. --BRINKER INTL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 255. | | | | | Buy (add'l) | 1/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 2/12 | J | A | |
| 257. --BROWN & BROWN INC FLA | A | Dividend | | | Buy | 1/16 | J | | |
| 258. | | | | | Sold | 2/12 | J | A | |
| 259. --CITY NATIONAL CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 260. | | | | | Sold | 2/12 | J | A | |
| 261. --COPART INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 262. | | | | | Sold | 2/12 | J | A | |
| 263. --COVANCE INC | A | Dividend | | | Buy | 1/16 | J | | |
| 264. | | | | | Sold | 2/12 | J | A | |
| 265. --CULLEN FRST BKRS PV$0.01 | A | Dividend | | | Buy | 1/16 | J | | |
| 266. | | | | | Sold | 2/12 | J | A | |
| 267. --DENTSPLY INTL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 268. | | | | | Sold | 2/12 | J | A | |
| 269. --DIEBOLD INC | A | Dividend | | | Buy | 1/16 | J | | |
| 270. | | | | | Sold | 2/12 | J | A | |
| 271. --ENERGEN CRP COM PV 1CENT | A | Dividend | | | Buy | 1/16 | J | | |
| 272. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.   --FACTSET RESH SYS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 274. | | | | | Sold | 2/12 | J | A | |
| 275.   --FAIR ISAAC CORPORATION | A | Dividend | | | Buy | 1/16 | J | | |
| 276. | | | | | Sold | 2/12 | J | A | |
| 277.   --FMC TECHS INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 278. | | | | | Sold | 2/12 | J | A | |
| 279.   --FOREST CITY ENTRPRS CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 280. | | | | | Buy (add'l) | 1/23 | J | | |
| 281. | | | | | Sold | 2/12 | J | A | |
| 282.   --FTI CONSULTING INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 283. | | | | | Sold | 2/12 | J | A | |
| 284.   --GRACO INC | A | Dividend | | | Buy | 1/16 | J | | |
| 285. | | | | | Buy (add'l) | 1/23 | J | | |
| 286. | | | | | Sold | 2/12 | J | A | |
| 287.   --HCC INS HOLDING INC | A | Dividend | | | Buy | 1/16 | J | | |
| 288. | | | | | Sold | 2/12 | J | A | |
| 289.   --IDEX CORP DELAWARE COM | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 2/12 | J | A | |
| 291. --INTL SPEEDWAY CORP CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 292. | | | | | Sold | 2/12 | J | A | |
| 293. --JACK HENRY & ASSOC INC | A | Dividend | | | Buy | 1/16 | J | | |
| 294. | | | | | Sold | 2/12 | J | A | |
| 295. --KIRBY CORP COM | A | Dividend | | | Buy | 1/16 | J | | |
| 296. | | | | | Sold | 2/12 | J | A | |
| 297. --LANDSTAR SYS INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 298. | | | | | Sold | 2/12 | J | A | |
| 299. --LKQ CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 300. | | | | | Sold | 2/12 | J | A | |
| 301. --MARKEL CORP COM | A | Dividend | | | Buy | 1/16 | J | | |
| 302. | | | | | Sold | 2/12 | J | A | |
| 303. --MATTHEWS INTL INC CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 304. | | | | | Buy (add'l) | 2/5 | J | | |
| 305. | | | | | Sold | 2/12 | J | A | |
| 306. --MC CORMICK NON VTG | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 2/12 | J | A | |
| 308.  --MENTOR CORP MINN | A | Dividend | | | Buy | 1/16 | J | | |
| 309. | | | | | Sold | 2/12 | J | A | |
| 310.  --MOHAWK INDUSTRIES INC. | A | Dividend | | | Buy | 1/16 | J | | |
| 311. | | | | | Sold | 2/5 | J | A | |
| 312.  --MORNINGSTAR INC | A | Dividend | | | Buy | 1/16 | J | | |
| 313. | | | | | Sold | 2/12 | J | A | |
| 314.  --NATL INSTRUMENTS COPR | A | Dividend | | | Buy | 1/16 | J | | |
| 315. | | | | | Buy (add'l) | 1/23 | J | | |
| 316. | | | | | Sold | 2/12 | J | A | |
| 317.  --O REILLY AUTOMOTIVE INC | A | Dividend | | | Buy | 1/16 | J | | |
| 318. | | | | | Sold | 2/12 | J | A | |
| 319.  --OWENS&MINOR INC NEW COM | A | Dividend | | | Buy | 1/16 | J | | |
| 320. | | | | | Sold | 2/12 | J | A | |
| 321.  --PATTERSON COS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 322. | | | | | Sold | 2/12 | J | A | |
| 323.  --RLI CORP ILLINOIS COM | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 2/12 | J | A | |
| 325. --SALLY BEAUTY HLDGS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 326. | | | | | Sold | 2/12 | J | A | |
| 327. --SCANSOURCE INC | A | Dividend | | | Buy | 1/16 | J | | |
| 328. | | | | | Sold | 2/12 | J | A | |
| 329. --SCHEIN (HENRY) INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 330. | | | | | Sold | 2/12 | J | A | |
| 331. --SEI INVT CO PAPV $0.01 | A | Dividend | | | Buy | 1/16 | J | | |
| 332. | | | | | Sold | 2/12 | J | A | |
| 333. --SKYWEST INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 334. | | | | | Sold | 2/12 | J | A | |
| 335. --SONIC CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 336. | | | | | Sold | 2/12 | J | A | |
| 337. --THOR INDUSTRIES INC | A | Dividend | | | Buy | 1/16 | J | | |
| 338. | | | | | Buy (add'l) | 1/23 | J | | |
| 339. | | | | | Sold | 2/12 | J | A | |
| 340. --TOTAL SYS SVCS INC | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 1/23 | J | | |
| 342. | | | | | Sold | 2/12 | J | A | |
| 343.  --VARIAN MEDICAL SYS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 344. | | | | | Sold | 2/12 | J | A | |
| 345.  --WESTAMERICA BANCORP | A | Dividend | | | Buy | 1/16 | J | | |
| 346. | | | | | Sold | 2/12 | J | A | |
| 347.  --ABB LTD SPON ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 348. | | | | | Sold | 2/12 | J | A | |
| 349.  --ALCON INC | A | Dividend | | | Buy | 1/15 | J | | |
| 350. | | | | | Sold | 2/12 | J | A | |
| 351.  --APACHE CORP | A | Dividend | | | Buy | 1/15 | J | | |
| 352. | | | | | Sold | 2/12 | J | A | |
| 353.  --APPLE INC | A | Dividend | | | Buy | 1/15 | J | | |
| 354. | | | | | Sold | 2/12 | J | A | |
| 355.  --BAE SYS PLC SPN ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 356. | | | | | Sold | 2/12 | J | A | |
| 357.  --BUNGE LIMITED | A | Dividend | | | Buy | 1/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 2/12 | J | A | |
| 359. --CELGENE CORP COM | A | Dividend | | | Buy | 1/15 | J | | |
| 360. | | | | | Sold (part) | 2/4 | J | A | |
| 361. | | | | | Sold | 2/12 | J | A | |
| 362. --CIA VALE DO RIO DOCE AD | A | Dividend | | | Buy | 1/15 | J | | |
| 363. | | | | | Sold | 2/12 | J | A | |
| 364. --CVS CAREMARK CORP | A | Dividend | | | Buy | 1/15 | J | | |
| 365. | | | | | Sold | 2/12 | J | A | |
| 366. --ELECTRONIC ARTS INC DEL | A | Dividend | | | Buy | 1/15 | J | | |
| 367. | | | | | Sold (part) | 2/4 | J | A | |
| 368. | | | | | Sold | 2/12 | J | A | |
| 369. --EOG RESOURCES INC | A | Dividend | | | Buy | 1/15 | J | | |
| 370. | | | | | Sold | 2/12 | J | A | |
| 371. --GENENTECH INC NEW | A | Dividend | | | Buy | 1/15 | J | | |
| 372. | | | | | Sold (part) | 2/4 | J | A | |
| 373. | | | | | Sold | 2/12 | J | A | |
| 374. --GILEAD SCIENCES INC COM | A | Dividend | | | Buy | 1/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Sold | 2/12 | J | A | |
| 376.  --GOLDMAN SACHS GROUP INC | A | Dividend | | | Buy | 1/15 | J | | |
| 377. | | | | | Sold<br>(part) | 2/4 | J | A | |
| 378. | | | | | Sold | 2/12 | J | A | |
| 379.  --GOOGLE INC CL A | A | Dividend | | | Buy | 1/15 | J | | |
| 380. | | | | | Sold | 2/12 | J | A | |
| 381.  --HESS CORP | A | Dividend | | | Buy | 1/15 | J | | |
| 382. | | | | | Sold | 2/12 | J | A | |
| 383.  --INTUITIVE SURGICAL INC | A | Dividend | | | Buy | 1/15 | J | | |
| 384. | | | | | Sold<br>(part) | 2/4 | J | A | |
| 385. | | | | | Sold | 2/12 | J | A | |
| 386.  --J C PENNEY CO COM | A | Dividend | | | Buy | 1/15 | J | | |
| 387. | | | | | Sold<br>(part) | 2/4 | J | A | |
| 388. | | | | | Sold | 2/12 | J | A | |
| 389.  --LAS VEGAS SANDS CORP | A | Dividend | | | Buy | 1/15 | J | | |
| 390. | | | | | Sold | 2/12 | J | A | |
| 391.  --LEHMAN BROTHRS HLDGS COM | A | Dividend | | | Buy | 1/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 2/12 | J | A | |
| 393. --OCCIDENTAL PETE CORP CAL | A | Dividend | | | Buy | 1/15 | J | | |
| 394. | | | | | Sold | 2/12 | J | A | |
| 395. --POTASH CORP SASKATCHEWAN | A | Dividend | | | Buy | 1/15 | K | | |
| 396. | | | | | Sold | 2/12 | K | A | |
| 397. --PROCTER & GAMBLE CO | A | Dividend | | | Buy | 1/15 | J | | |
| 398. | | | | | Sold | 2/12 | J | A | |
| 399. --RESEARCH IN MOTION LTD | A | Dividend | | | Buy | 1/15 | J | | |
| 400. | | | | | Sold | 2/12 | J | A | |
| 401. --SCHLUMBERGER LTD | A | Dividend | | | Buy | 1/15 | J | | |
| 402. | | | | | Sold | 2/12 | J | A | |
| 403. --SONY CORP ADR NEW | A | Dividend | | | Buy | 1/15 | J | | |
| 404. | | | | | Sold | 2/12 | J | A | |
| 405. --SYNGENTA AG ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 406. | | | | | Sold | 2/12 | J | A | |
| 407. --UNILEVER PLC NEW ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 408. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  --CEMEX SAB DE CV SPND ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 410. | | | | | Sold | 1/16 | J | A | |
| 411.  --VALERO ENERGY CORP NEW | A | Dividend | | | Buy | 1/15 | J | | |
| 412. | | | | | Sold | 1/16 | J | A | |
| 413.  --RECKITT BENCKISER GROUP | A | Dividend | | | Buy | 1/15 | J | | |
| 414. | | | | | Sold | 1/17 | J | A | |
| 415.  --AETNA INC | A | Dividend | | | Buy | 1/16 | J | | |
| 416. | | | | | Sold | 2/12 | J | A | |
| 417.  --AGILENT TECHNOLOGIES INC | A | Dividend | | | Buy | 1/16 | J | | |
| 418. | | | | | Sold | 2/12 | J | A | |
| 419.  --ALLSTATE CORP DEL | A | Dividend | | | Buy | 1/16 | J | | |
| 420. | | | | | Sold | 2/12 | J | A | |
| 421.  --ALTRIA GROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 422. | | | | | Sold | 2/12 | J | A | |
| 423.  --AON CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 424. | | | | | Sold | 2/12 | J | A | |
| 425.  --APPLIED MATERIAL INC | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 2/12 | J | A | |
| 427.  --AT&T INC | A | Dividend | | | Buy | 1/16 | J | | |
| 428. | | | | | Sold | 2/12 | J | A | |
| 429.  --BANK OF AMERICA CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 430. | | | | | Sold | 2/12 | J | A | |
| 431.  --BIG LOTS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 432. | | | | | Sold (part) | 2/4 | J | A | |
| 433. | | | | | Sold | 2/12 | J | A | |
| 434.  --BIOGEN IDEC INC | A | Dividend | | | Buy | 1/16 | J | | |
| 435. | | | | | Sold | 2/12 | J | A | |
| 436.  --BMC SOFTWARE INC | A | Dividend | | | Buy | 1/16 | J | | |
| 437. | | | | | Sold | 2/12 | J | A | |
| 438.  --CA INC | A | Dividend | | | Buy | 1/16 | J | | |
| 439. | | | | | Sold | 2/12 | J | A | |
| 440.  --CHEVRON CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 441. | | | | | Sold | 2/12 | J | A | |
| 442.  --CIGNA CORP | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 2/12 | J | A | |
| 444. -- CITIGROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 445. | | | | | Sold | 2/12 | J | A | |
| 446. --COMPUTER SCIENCE CRP | A | Dividend | | | Buy | 1/16 | J | | |
| 447. | | | | | Sold | 2/12 | J | A | |
| 448. --ELECTR DATA SYS CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 449. | | | | | Sold | 2/12 | J | A | |
| 450. --EXPEDIA INC DEL | A | Dividend | | | Buy | 1/16 | J | | |
| 451. | | | | | Sold | 2/12 | J | A | |
| 452. --EXXON MOBIL CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 453. | | | | | Sold | 2/12 | J | A | |
| 454. --FAMILY DOLLAR STORES | A | Dividend | | | Buy | 1/16 | J | | |
| 455. | | | | | Sold (part) | 2/5 | J | A | |
| 456. | | | | | Sold (part) | 2/6 | J | A | |
| 457. | | | | | Sold | 2/7 | J | A | |
| 458. --GENERAL ELECTRIC | A | Dividend | | | Buy | 1/16 | J | | |
| 459. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. --GOLDMAN SACHS GROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 461. | | | | | Sold | 2/12 | J | A | |
| 462. --HASBRO INC | A | Dividend | | | Buy | 1/16 | J | | |
| 463. | | | | | Sold | 2/12 | J | A | |
| 464. --HERCULES INC | A | Dividend | | | Buy | 1/16 | J | | |
| 465. | | | | | Sold | 2/12 | J | A | |
| 466. --HEWLETT PACKARD CO DEL | A | Dividend | | | Buy | 1/16 | J | | |
| 467. | | | | | Sold | 2/12 | J | A | |
| 468. --HONEYWELL INTL INC DEL | A | Dividend | | | Buy | 1/16 | J | | |
| 469. | | | | | Sold | 2/12 | J | A | |
| 470. --HUMANA INC | A | Dividend | | | Buy | 1/16 | J | | |
| 471. | | | | | Sold | 2/12 | J | A | |
| 472. --INTL PAPER CO | A | Dividend | | | Buy | 1/16 | J | | |
| 473. | | | | | Sold | 2/12 | J | A | |
| 474. --JANUS CAPITAL GROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 475. | | | | | Sold | 2/12 | J | A | |
| 476. --JPMORGAN CHASE & CO | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold | 2/12 | J | A | |
| 478.  --JUNIPER NETWORKS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 479. | | | | | Sold | 2/12 | J | A | |
| 480.  --KING PHARMACEUTICALS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 481. | | | | | Sold | 2/12 | J | A | |
| 482.  --KROGER CO | A | Dividend | | | Buy | 1/16 | J | | |
| 483. | | | | | Sold | 2/12 | J | A | |
| 484.  --LOCKHEED MARTIN CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 485. | | | | | Sold | 2/12 | J | A | |
| 486.  --MARATHON OIL CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 487. | | | | | Sold | 2/12 | J | A | |
| 488.  --MCKESSON CORPORATION | A | Dividend | | | Buy | 1/16 | J | | |
| 489. | | | | | Sold | 2/12 | J | A | |
| 490.  --MEDCO HEALTH SOLUTIONS I | A | Dividend | | | Buy | 1/16 | J | | |
| 491. | | | | | Sold | 2/12 | J | A | |
| 492.  --MERCK&CO INC | A | Dividend | | | Buy | 1/16 | J | | |
| 493. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. --NORTHROP GRUMMAN CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 495. | | | | | Sold | 2/12 | J | A | |
| 496. --NOVELLUS SYS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 497. | | | | | Sold | 2/12 | J | A | |
| 498. --OCCIDENTAL PETE CORP CAL | A | Dividend | | | Buy | 1/16 | J | | |
| 499. | | | | | Sold | 2/12 | J | A | |
| 500. --PARKER HANNIFIN CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 501. | | | | | Sold | 2/12 | J | A | |
| 502. --PFIZER INC DEL PV$0.05 | A | Dividend | | | Buy | 1/16 | J | | |
| 503. | | | | | Sold | 2/12 | J | A | |
| 504. --PRUDENTIAL FINANCIAL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 505. | | | | | Sold | 2/12 | J | A | |
| 506. --QWEST COMM INTL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 507. | | | | | Sold | 2/12 | J | A | |
| 508. --RAYTHEON CO DELAWARE | A | Dividend | | | Buy | 1/16 | J | | |
| 509. | | | | | Sold | 2/12 | J | A | |
| 510. --SHERWIN WILLIAMS | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 2/12 | J | A | |
| 512. --SUNOCO INC PV$1 PA | A | Dividend | | | Buy | 1/16 | J | | |
| 513. | | | | | Sold | 2/12 | J | A | |
| 514. --TRAVELERS COS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 515. | | | | | Sold | 2/12 | J | A | |
| 516. --UNUM GROUP | A | Dividend | | | Buy | 1/16 | J | | |
| 517. | | | | | Sold | 2/12 | J | A | |
| 518. --VALERO ENERGY CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 519. | | | | | Sold | 2/12 | J | A | |
| 520. --WELLPOINT INC | A | Dividend | | | Buy | 1/16 | J | | |
| 521. | | | | | Sold | 2/12 | J | A | |
| 522. --XEROX CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 523. | | | | | Sold | 2/12 | J | A | |
| 524. --XL CAPITAL LTD CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 525. | | | | | Sold | 2/12 | J | A | |
| 526. | | | | | | | | | |
| 527. Life Insurance - Mass Mutual Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. --MML Equity Index | A | Dividend | | | Sold | 1/24 | J | A | |
| 529. --Oppenheimer Aggressive Growth | A | Dividend | | | Sold | 1/24 | J | A | |
| 530. --Oppenheimer Capital Appreciation | A | Dividend | | | Sold | 1/24 | J | A | |
| 531. --Oppenheimer Global Securities | B | Dividend | | | Sold | 1/24 | J | A | |
| 532. --Oppenheimer Growth & Income | A | Dividend | | | Sold | 1/24 | J | A | |
| 533. --Panorama Growth Division | A | Dividend | | | Sold | 1/24 | J | A | |
| 534. | | | | | | | | | |
| 535. Checking and Money Market Accounts, J.P. Morgan | B | Interest | K | T | | | | | |
| 536. | | | | | | | | | |
| 537. J.P. Morgan Securities Corporation, F/K/A Bank One | | | | | | | | | |
| 538. --JP Morgan Tax Free Money Market, | A | Dividend | J | T | | | | | |
| 539. -- F/K/A Daily Tax Exempt Money FD SH Ben Int | | | | | | | | | |
| 540. --JP Morgan Treasury Plus Money (Y) | A | Dividend | J | T | | | | | |
| 541. -- F/K/A Daily Tax Exempt Money FD SH Ben Int | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

The following assets were sold completely in 2007:

   Profit Sharing Retirement Plan - Fidelity Invest. Account: (Page 5-6)
Villere Balanced

   Child's Trust, Merrill Lynch: (Page 6-7)
Lord Abbett Developing Growth FD CL B
Davis NY Venture FD B

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Vance, Sarah S. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>08/7/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>500 Poydras Street<br>Room C-255<br>New Orleans, Louisiana 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | New Orleans Chapter Federal Bar Association |
| 2. Board Member | Tulane Law Institute National Advisory Board |
| 3. Adjunct Faculty | Tulane Law School |
| 4. Board Member | Tulane Law School -- Dean's Advisory Board |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG 10 A 10: 1 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Practising Law Institute | March 12-13, 2008 | New York, New York | Speaker | Travel, lodging, meals |
| 2. American Bar Association, Section of Antitrust Law | March 25-27, 2008 | Washington, D.C. | Speaker | Travel, lodging, meals |
| 3. American Bar Association, Section of Antitrust Law | September 24-28, 2008 | Hot Springs, Virginia | Speaker | Travel, lodging, meals |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1, Merrill Lynch New Orleans: | | | | | | | | | |
| 2. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3. --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 4. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 5. --Lord Abbett Global FD EQ SR CL A | A | Dividend | J | T | | | | | |
| 6. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. IRRA #2, Rollover Merrill Lynch: | | | | | | | | | |
| 9. --Merrill Lynch USA Rasp | A | Dividend | J | T | | | | | |
| 10. --Putnam International Equity FD CL B | A | Dividend | | | Sold | 8/11 | K | A | |
| 11. --Blackrock Fundamental Growth FD INC B | A | Dividend | K | T | | | | | |
| 12. --Putnam International Equity FD CL A | A | Dividend | K | T | | | | | |
| 13. --Oppenheimer Global Opp FD SBI | A | Dividend | K | T | | | | | |
| 14. --Munder Small Cap Value CL B | A | Dividend | K | T | | | | | |
| 15. --Columbia Marsico Focused Equities FD B | A | Dividend | K | T | | | | | |
| 16. --ING International Small Cap Multimanager Fund CL B | A | Dividend | | | Sold | 8/5 | J | A | |
| 17. --Davis NY Venture FD B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Mass Investors Growth Stock Fund Class B | A | Dividend | | | Sold | 7/22 | J | A | |
| 19. --Blackrock Value Opport Fund Inc B | A | Dividend | J | T | | | | | |
| 20. --Davis NY Venture FD A | A | Dividend | K | T | | | | | |
| 21. --Massachusetts Investors Growth Stock FD CL A | A | Dividend | J | T | Buy | 7/22 | J | | |
| 22. --ING International Small Cap Multimmanager FD CL A | A | Dividend | J | T | Buy | 8/5 | J | | |
| 23. --Blackrock Fundamental Growth FD INC A | A | Dividend | J | T | Buy | 8/11 | J | | |
| 24. --Putnam International Equity FD CL A | A | Dividend | K | T | Buy | 8/11 | K | | |
| 25. | | | | | | | | | |
| 26. IRA #3, Merrill Lynch New Orleans: | | | | | | | | | |
| 27. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 28. --ML Bank USA Rasp | A | Dividend | J | T | | | | | |
| 29. --Lord Abbett Developing Growth FD CL A | A | Dividend | J | T | | | | | |
| 30. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 31. --Putnam International Equity FD CL A | A | Dividend | J | T | | | | | |
| 32. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. Profit Sharing Retirement Plan - Fidelity Invest. Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Low Price Stock K F/N/A Low Price Stock Fund | E | Dividend | M | T | Sold (part) | 12/27 | K | A | |
| 36. --Ret Gov't (Money Market Fund) | A | Dividend | L | T | Buy | 4/15 | – J | | |
| 37. | | | | | Buy (add'l) | 6/15 | J | | |
| 38. | | | | | Buy (add'l) | 12/15 | K | | |
| 39. --Spartan U.S. Equity Index | A | Dividend | | | Sold | 12/27 | J | A | |
| 40. --Oakmark Int Fund | D | Dividend | M | T | Sold (part) | 12/27 | M | A | |
| 41. --Baron Growth | A | Dividend | L | T | Sold (part) | 12/27 | M | A | |
| 42. --Fidelity Growth Company K F/N/A Fidelity Growth Company | A | Dividend | M | T | | | | | |
| 43. --Davis NY Venture Y F/N/A Davis NY Venture A | C | Dividend | M | T | | | | | |
| 44. | | | | | | | | | |
| 45. Cash Management Account, Merrill Lynch: | | | | | | | | | |
| 46. --Cash / CMA Money Fund | A | Dividend | J | T | | | | | |
| 47. --Capital One Financial Common | | | | | Sold | 1/2 | K | | |
| 48. --Eaton Vance Tax Div Inc. | A | Dividend | J | T | Buy | 3/5 | J | | |
| 49. --Eaton Vance TX-AD GL Div Global Dividend Inc FD | B | Dividend | J | T | Buy | 1/3 | K | | |
| 50. | | | | | | | | | |
| 51. ▬ Trust, Merrill Lynch: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Cash / CMA Money Fund | A | Interest | K | T | | | | | |
| 53. --Putnam International Equity FD CL B | A | Dividend | | | Sold | 8/11 | J | A | |
| 54. --Columbia Marsico Focused Equities FD B | A | Dividend | J | T | | | | | |
| 55. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |
| 56. --Putnam International Equity Fund CL A | A | Dividend | J | T | Buy | 8/11 | J | | |
| 57. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. IRRA #4, Rollover Merrill Lynch: | | | | | | | | | |
| 60. --Cash | A | Dividend | O | T | Sold (part) | 1/16 | J | | |
| 61. | | | | | Sold (part) | 1/17 | J | | |
| 62. | | | | | Sold (part) | 1/23 | J | | |
| 63. | | | | | Sold (part) | 1/28 | J | | |
| 64. | | | | | | | | | |
| 65. --COMP DE BEBIDAS SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 66. | | | | | Sold | 2/12 | J | A | |
| 67. --ALLIED IRSH BKS SPND ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 68. | | | | | Sold | 2/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   --AUST NW Z B G ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 70. | | | | | Sold | 2/12 | J | A | |
| 71.   --BANCO B VIZ ARGT SA ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 72. | | | | | Sold | 2/12 | J | A | |
| 73.   --BARCLAYS PLC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 74. | | | | | Sold | 2/12 | J | A | |
| 75.   --BNP PARIBAS SPONSORD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 76. | | | | | Sold | 2/12 | J | A | |
| 77.   --BANK OF NOVA SCOTIA | A | Dividend | | | Buy | 1/16 | J | | |
| 78. | | | | | Sold | 2/12 | J | A | |
| 79.   --BUNZL PLC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 80. | | | | | Sold | 2/12 | J | A | |
| 81.   --CAMECO CORP COM | A | Dividend | | | Buy | 1/16 | J | | |
| 82. | | | | | Sold | 2/12 | J | A | |
| 83.   --CORUS ENTMT INC CL B N V | A | Dividend | | | Buy | 1/16 | J | | |
| 84. | | | | | Sold | 2/12 | J | A | |
| 85.   --CANADIAN NATURAL RES LTD | A | Dividend | | | Buy | 1/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold | 2/12 | J | A | |
| 87. --CRH PLC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 88. | | | | | Sold | 2/12 | J | A | |
| 89. --CONTINENTAL AG SPNRD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 90. | | | | | Buy (add'l) | 1/17 | J | | |
| 91. | | | | | Sold | 2/12 | J | A | |
| 92. --CEMEX SAB DE CV SPND ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 93. | | | | | Sold | 2/12 | J | A | |
| 94. --DANSKE BK A/S UNSPNS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 95. | | | | | Sold | 2/12 | J | A | |
| 96. --EXPERIAN GROUP LTD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 97. | | | | | Sold | 2/12 | J | A | |
| 98. --FRESENIUS MEDICAL CARE AG & CO SPON ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 99. | | | | | Sold | 2/12 | J | A | |
| 100. --FORTIS (NL)-SPONS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 101. | | | | | Sold | 2/12 | J | A | |
| 102. --GLAXOSMITHKLINE PLC ADR | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 2/12 | J | A | |
| 104. --HYPO REAL EST HLDG A ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 105. | | | | | Sold | 2/12 | J | A | |
| 106. --BANK OF IRELAND SPNS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 107. | | | | | Sold | 2/12 | J | A | |
| 108. --ORIX CORPORATION SP ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 109. | | | | | Sold | 2/12 | J | A | |
| 110. --KOOKMIN BANK NEW SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 111. | | | | | Sold | 2/12 | J | A | |
| 112. --KT CORP ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 113. | | | | | Sold | 2/12 | J | A | |
| 114. --LADBROKES PLC SPON ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 115. | | | | | Sold | 2/12 | J | A | |
| 116. --LOGITECH INTERNATIONAL | A | Dividend | | | Buy | 1/16 | J | | |
| 117. | | | | | Sold | 2/12 | J | A | |
| 118. --LOTTOMATICA SPA-SPON ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 119. | | | | | Sold (part) | 2/7 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold (part) | 2/12 | J | A | |
| 121. --LUKOIL SPONSORED ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 122. | | | | | Sold | 2/12 | J | A | |
| 123. --LUXOTTICA GP SPA SPNDADR | A | Dividend | | | Buy | 1/16 | J | | |
| 124. | | | | | Sold | 2/12 | J | A | |
| 125. --LLOYDS TSB GROUP SPD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 126. | | | | | Sold | 2/12 | J | A | |
| 127. --NIDEC CORPORATION ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 128. | | | | | Sold | 2/12 | J | A | |
| 129. --NOMURA HLDGS INC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 130. | | | | | Sold | 2/12 | J | A | |
| 131. --NISSAN MTR LTD SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 132. | | | | | Sold | 2/12 | J | A | |
| 133. --NESTLE S A REP RG SH ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 134. | | | | | Buy (add'l) | 1/28 | J | | |
| 135. | | | | | Sold | 2/12 | J | A | |
| 136. --NINTENDO LTD ADR | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 2/12 | J | A | |
| 138. --NOVO NORDISK A S ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 139. | | | | | Sold | 2/12 | J | A | |
| 140. --NOVARTIS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 141. | | | | | Sold | 2/12 | J | A | |
| 142. --PETRLEO BRAS VTG SPD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 143. | | | | | Sold | 2/12 | J | A | |
| 144. --PUBLICIS GROUPE SPON ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 145. | | | | | Sold | 2/12 | J | A | |
| 146. --DR REDDY'S LAB LTD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 147. | | | | | Sold | 2/12 | J | A | |
| 148. --COM VALE DO RIO DOCE SPO ADR REPSTG 250 | A | Dividend | | | Buy | 1/16 | J | | |
| 149. | | | | | Sold | 2/12 | J | A | |
| 150. --SAP AKGSLTT SPONSORD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 151. | | | | | Sold | 2/12 | J | A | |
| 152. --SUMITOMO M INDS SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 153. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  --SONY CORP ADR NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 155. | | | | | Sold | 2/12 | J | A | |
| 156.  --SUNCOR ENERGY INC NPV | A | Dividend | | | Buy | 1/16 | J | | |
| 157. | | | | | Sold | 2/12 | J | A | |
| 158.  --SWISS REINS SPNSD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 159. | | | | | Sold | 2/12 | J | A | |
| 160.  --STANTEC INC. | A | Dividend | | | Buy | 1/16 | J | | |
| 161. | | | | | Sold | 2/12 | J | A | |
| 162.  --TDK CORP AMERN DEP SHR | A | Dividend | | | Buy | 1/16 | J | | |
| 163. | | | | | Sold | 2/12 | J | A | |
| 164.  --TELEFONICA SA SPAIN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 165. | | | | | Sold | 2/12 | J | A | |
| 166.  --TEVA PHARMACTCL INDS ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 167. | | | | | Sold | 2/12 | J | A | |
| 168.  --TOMKINS PLC SP ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 169. | | | | | Sold | 2/12 | J | A | |
| 170.  --TALISMAN ENERGY INC COM | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 2/12 | J | A | |
| 172. --TNT N V ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 173. | | | | | Sold | 2/12 | J | A | |
| 174. --TOTAL S.A. SP ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 175. | | | | | Sold | 2/12 | J | A | |
| 176. --TORAY INDUSTRYS INC ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 177. | | | | | Sold | 2/12 | J | A | |
| 178. --TENARIS S A ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 179. | | | | | Sold | 2/12 | J | A | |
| 180. --TESCO PLC SPNRD ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 181. | | | | | Sold | 2/12 | J | A | |
| 182. --GRUPO TELEVISA SA ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 183. | | | | | Sold | 2/12 | J | A | |
| 184. --UBS AG | A | Dividend | | | Buy | 1/16 | J | | |
| 185. | | | | | Sold | 2/12 | J | A | |
| 186. --ULTRAPAR PARTICPAC SPADR | A | Dividend | | | Buy | 1/16 | J | | |
| 187. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --VODAFONE GROUP PLC NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 189. | | | | | Sold | 2/12 | J | A | |
| 190. --WOODSDE PETE LTD SPN ADR | A | Dividend | | | Buy | 1/16 | J | | |
| 191. | | | | | Sold | 2/12 | J | A | |
| 192. --WILLIS GROUP HLDINGS LTD | A | Dividend | | | Buy | 1/16 | J | | |
| 193. | | | | | Sold | 2/12 | J | A | |
| 194. --NOIKA CORP SPON DAR | A | Dividend | | | Buy | 1/23 | J | | |
| 195. | | | | | Sold | 2/12 | J | A | |
| 196. --ML BANK USA RASP | | Dividend | | | | | | | |
| 197. | | | | | | | | | |
| 198. --RETIRMENT RESERVES CL I | A | Dividend | J | T | Buy | 2/25 | J | | |
| 199. | | | | | | | | | |
| 200. --AMERICAN CENTURY NEW OPPORTUNITIES II INVESTOR | A | Dividend | K | T | Buy | 2/21 | K | | |
| 201. | | | | | Buy (add'l) | 2/22 | K | | |
| 202. | | | | | Sold | 8/14 | J | | |
| 203. --BRANDYWINE BLUE FUND | A | Dividend | L | T | Buy | 2/21 | L | | |
| 204. | | | | | Buy (add'l) | 2/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  --JOHN HANCOCK LARGE CAP EQUITY FD CL I | B | Dividend | K | T | Buy | 2/21 | L | | |
| 206. | | | | | Buy (add'l) | 2/22 | K | | |
| 207. | | | | | Sold | 8/14 | J | | |
| 208.  --LORD ABBETT SMALL CAP VALUE CL A | A | Dividend | K | T | Buy | 2/21 | K | | |
| 209. | | | | | Buy (add'l) | 2/22 | J | | |
| 210. | | | | | Sold | 8/14 | J | | |
| 211.  --BLACKROCK LARGE CAP VALUE FD INSTL | A | Dividend | K | T | Buy | 2/21 | K | | |
| 212. | | | | | Buy (add'l) | 2/22 | K | | |
| 213.  --MFS RESEARCH INTL FUND CLASS A | A | Dividend | K | T | Buy | 2/21 | K | | |
| 214. | | | | | Buy (add'l) | 2/22 | K | | |
| 215.  --COLUMBIA INTERNATIONAL VALUE FUND INV A | A | Dividend | K | T | Buy | 2/21 | K | | |
| 216. | | | | | Buy (add'l) | 2/22 | K | | |
| 217. | | | | | Buy (add'l) | 6/20 | J | | |
| 218. | | | | | Sold | 8/14 | L | | |
| 219.  --COLUMBIA MARSICO GROWTH FD CL A | A | Dividend | L | T | Buy | 2/21 | L | | |
| 220. | | | | | Buy (add'l) | 2/22 | K | | |
| 221. | | | | | Buy (add'l) | 6/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --TOUCHSTONE LARGE CAP GROWTH FD CL A | A | Dividend | L | T | Buy | 2/21 | L | | |
| 223. | | | | | Buy (add'l) | 2/22 | K | | |
| 224. --THORNBURG INTERNATIONAL VALUE FUND CL I | A | Dividend | K | T | Buy | 2/21 | K | | |
| 225. | | | | | Buy (add'l) | 2/22 | K | | |
| 226. --ARTIO INTERNATIONAL EQUITY FUND II CL I | B | Dividend | K | T | Buy | 8/14 | K | | |
| 227. --A N S Y S INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 228. | | | | | Sold | 2/12 | J | A | |
| 229. --AARON RENTS INC 50CTS GA | A | Dividend | | | Buy | 1/16 | J | | |
| 230. | | | | | Sold | 2/12 | J | A | |
| 231. --AFFILIATED MANAGERS GRP | A | Dividend | | | Buy | 1/16 | J | | |
| 232. | | | | | Sold | 2/12 | J | A | |
| 233. --ALBERTO-CULVER CO NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 234. | | | | | Sold | 2/12 | J | A | |
| 235. --AMBASSADORS GROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 236. | | | | | Sold | 2/12 | J | A | |
| 237. --AMETEK INC NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 238. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --AMPHENOL CORP CL A NEW | A | Dividend | | | Buy | 1/16 | J | | |
| 240. | | | | | Sold | 2/12 | J | A | |
| 241. --APTARGROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 242. | | | | | Sold | 2/12 | J | A | |
| 243. --ARBITRON INC | A | Dividend | | | Buy | 1/16 | J | | |
| 244. | | | | | Sold | 2/12 | J | A | |
| 245. --BIO RAD LABS CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 246. | | | | | Sold | 2/12 | J | A | |
| 247. --BRINKER INTL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 248. | | | | | Buy (add'l) | 1/23 | J | | |
| 249. | | | | | Sold | 2/12 | J | A | |
| 250. --BROWN & BROWN INC FLA | A | Dividend | | | Buy | 1/16 | J | | |
| 251. | | | | | Sold | 2/12 | J | A | |
| 252. --CITY NATIONAL CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 253. | | | | | Sold | 2/12 | J | A | |
| 254. --COPART INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 255. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --COVANCE INC | A | Dividend | | | Buy | 1/16 | J | | |
| 257. | | | | | Sold | 2/12 | J | A | |
| 258. --CULLEN FRST BKRS PV$0.01 | A | Dividend | | | Buy | 1/16 | J | | |
| 259. | | | | | Sold | 2/12 | J | A | |
| 260. --DENTSPLY INTL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 261. | | | | | Sold | 2/12 | J | A | |
| 262. --DIEBOLD INC | A | Dividend | | | Buy | 1/16 | J | | |
| 263. | | | | | Sold | 2/12 | J | A | |
| 264. --ENERGEN CRP COM PV 1CENT | A | Dividend | | | Buy | 1/16 | J | | |
| 265. | | | | | Sold | 2/12 | J | A | |
| 266. --FACTSET RESH SYS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 267. | | | | | Sold | 2/12 | J | A | |
| 268. --FAIR ISAAC CORPORATION | A | Dividend | | | Buy | 1/16 | J | | |
| 269. | | | | | Sold | 2/12 | J | A | |
| 270. --FMC TECHS INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 271. | | | | | Sold | 2/12 | J | A | |
| 272. --FOREST CITY ENTRPRS CL A | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 1/23 | J | | |
| 274. | | | | | Sold | 2/12 | J | A | |
| 275. --FTI CONSULTING INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 276. | | | | | Sold | 2/12 | J | A | |
| 277. --GRACO INC | A | Dividend | | | Buy | 1/16 | J | | |
| 278. | | | | | Buy (add'l) | 1/23 | J | | |
| 279. | | | | | Sold | 2/12 | J | A | |
| 280. --HCC INS HOLDING INC | A | Dividend | | | Buy | 1/16 | J | | |
| 281. | | | | | Sold | 2/12 | J | A | |
| 282. --IDEX CORP DELAWARE COM | A | Dividend | | | Buy | 1/16 | J | | |
| 283. | | | | | Sold | 2/12 | J | A | |
| 284. --INTL SPEEDWAY CORP CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 285. | | | | | Sold | 2/12 | J | A | |
| 286. --JACK HENRY & ASSOC INC | A | Dividend | | | Buy | 1/16 | J | | |
| 287. | | | | | Sold | 2/12 | J | A | |
| 288. --KIRBY CORP COM | A | Dividend | | | Buy | 1/16 | J | | |
| 289. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --LANDSTAR SYS INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 291. | | | | | Sold | 2/12 | J | A | |
| 292. --LKQ CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 293. | | | | | Sold | 2/12 | J | A | |
| 294. --MARKEL CORP COM | A | Dividend | | | Buy | 1/16 | J | | |
| 295. | | | | | Sold | 2/12 | J | A | |
| 296. --MATTHEWS INTL INC CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 297. | | | | | Buy (add'l) | 2/5 | J | | |
| 298. | | | | | Sold | 2/12 | J | A | |
| 299. --MC CORMICK NON VTG | A | Dividend | | | Buy | 1/16 | J | | |
| 300. | | | | | Sold | 2/12 | J | A | |
| 301. --MENTOR CORP MINN | A | Dividend | | | Buy | 1/16 | J | | |
| 302. | | | | | Sold | 2/12 | J | A | |
| 303. --MOHAWK INDUSTRIES INC. | A | Dividend | | | Buy | 1/16 | J | | |
| 304. | | | | | Sold | 2/5 | J | A | |
| 305. --MORNINGSTAR INC | A | Dividend | | | Buy | 1/16 | J | | |
| 306. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --NATL INSTRUMENTS COPR | A | Dividend | | | Buy | 1/16 | J | | |
| 308. | | | | | Buy (add'l) | 1/23 | J | | |
| 309. | | | | | Sold | 2/12 | J | A | |
| 310. --O REILLY AUTOMOTIVE INC | A | Dividend | | | Buy | 1/16 | J | | |
| 311. | | | | | Sold | 2/12 | J | A | |
| 312. --OWENS&MINOR INC NEW COM | A | Dividend | | | Buy | 1/16 | J | | |
| 313. | | | | | Sold | 2/12 | J | A | |
| 314. --PATTERSON COS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 315. | | | | | Sold | 2/12 | J | A | |
| 316. --RLI CORP ILLINOIS COM | A | Dividend | | | Buy | 1/16 | J | | |
| 317. | | | | | Sold | 2/12 | J | A | |
| 318. --SALLY BEAUTY HLDGS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 319. | | | | | Sold | 2/12 | J | A | |
| 320. --SCANSOURCE INC | A | Dividend | | | Buy | 1/16 | J | | |
| 321. | | | | | Sold | 2/12 | J | A | |
| 322. --SCHEIN (HENRY) INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 323. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --SEI INVT CO PAPV $0.01 | A | Dividend | | | Buy | 1/16 | J | | |
| 325. | | | | | Sold | 2/12 | J | A | |
| 326. --SKYWEST INC COM | A | Dividend | | | Buy | 1/16 | J | | |
| 327. | | | | | Sold | 2/12 | J | A | |
| 328. --SONIC CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 329. | | | | | Sold | 2/12 | J | A | |
| 330. --THOR INDUSTRIES INC | A | Dividend | | | Buy | 1/16 | J | | |
| 331. | | | | | Buy (add'l) | 1/23 | J | | |
| 332. | | | | | Sold | 2/12 | J | A | |
| 333. --TOTAL SYS SVCS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 334. | | | | | Buy (add'l) | 1/23 | J | | |
| 335. | | | | | Sold | 2/12 | J | A | |
| 336. --VARIAN MEDICAL SYS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 337. | | | | | Sold | 2/12 | J | A | |
| 338. --WESTAMERICA BANCORP | A | Dividend | | | Buy | 1/16 | J | | |
| 339. | | | | | Sold | 2/12 | J | A | |
| 340. --ABB LTD SPON ADR | A | Dividend | | | Buy | 1/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 2/12 | J | A | |
| 342.  --ALCON INC | A | Dividend | | | Buy | 1/15 | J | | |
| 343. | | | | | Sold | 2/12 | J | A | |
| 344.  --APACHE CORP | A | Dividend | | | Buy | 1/15 | J | | |
| 345. | | | | | Sold | 2/12 | J | A | |
| 346.  --APPLE INC | A | Dividend | | | Buy | 1/15 | J | | |
| 347. | | | | | Sold | 2/12 | J | A | |
| 348.  --BAE SYS PLC SPN ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 349. | | | | | Sold | 2/12 | J | A | |
| 350.  --BUNGE LIMITED | A | Dividend | | | Buy | 1/15 | J | | |
| 351. | | | | | Sold | 2/12 | J | A | |
| 352.  --CELGENE CORP COM | A | Dividend | | | Buy | 1/15 | J | | |
| 353. | | | | | Sold (part) | 2/4 | J | A | |
| 354. | | | | | Sold | 2/12 | J | A | |
| 355.  --CIA VALE DO RIO DOCE AD | A | Dividend | | | Buy | 1/15 | J | | |
| 356. | | | | | Sold | 2/12 | J | A | |
| 357.  --CVS CAREMARK CORP | A | Dividend | | | Buy | 1/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 2/12 | J | A | |
| 359. --ELECTRONIC ARTS INC DEL | A | Dividend | | | Buy | 1/15 | J | | |
| 360. | | | | | Sold (part) | 2/4 | J | A | |
| 361. | | | | | Sold | 2/12 | J | A | |
| 362. --EOG RESOURCES INC | A | Dividend | | | Buy | 1/15 | J | | |
| 363. | | | | | Sold | 2/12 | J | A | |
| 364. --GENENTECH INC NEW | A | Dividend | | | Buy | 1/15 | J | | |
| 365. | | | | | Sold (part) | 2/4 | J | A | |
| 366. | | | | | Sold | 2/12 | J | A | |
| 367. --GILEAD SCIENCES INC COM | A | Dividend | | | Buy | 1/15 | J | | |
| 368. | | | | | Sold | 2/12 | J | A | |
| 369. --GOLDMAN SACHS GROUP INC | A | Dividend | | | Buy | 1/15 | J | | |
| 370. | | | | | Sold (part) | 2/4 | J | A | |
| 371. | | | | | Sold | 2/12 | J | A | |
| 372. --GOOGLE INC CL A | A | Dividend | | | Buy | 1/15 | J | | |
| 373. | | | | | Sold | 2/12 | J | A | |
| 374. --HESS CORP | A | Dividend | | | Buy | 1/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 2/12 | J | A | |
| 376. --INTUITIVE SURGICAL INC | A | Dividend | | | Buy | 1/15 | J | | |
| 377. | | | | | Sold (part) | 2/4 | J | A | |
| 378. | | | | | Sold | 2/12 | J | A | |
| 379. --J C PENNEY CO COM | A | Dividend | | | Buy | 1/15 | J | | |
| 380. | | | | | Sold (part) | 2/4 | J | A | |
| 381. | | | | | Sold | 2/12 | J | A | |
| 382. --LAS VEGAS SANDS CORP | A | Dividend | | | Buy | 1/15 | J | | |
| 383. | | | | | Sold | 2/12 | J | A | |
| 384. --LEHMAN BROTHRS HLDGS COM | A | Dividend | | | Buy | 1/15 | J | | |
| 385. | | | | | Sold | 2/12 | J | A | |
| 386. --OCCIDENTAL PETE CORP CAL | A | Dividend | | | Buy | 1/15 | J | | |
| 387. | | | | | Sold | 2/12 | J | A | |
| 388. --POTASH CORP SASKATCHEWAN | A | Dividend | | | Buy | 1/15 | K | | |
| 389. | | | | | Sold | 2/12 | K | A | |
| 390. --PROCTER & GAMBLE CO | A | Dividend | | | Buy | 1/15 | J | | |
| 391. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. --RESEARCH IN MOTION LTD | A | Dividend | | | Buy | 1/15 | J | | |
| 393. | | | | | Sold | 2/12 | J | A | |
| 394. --SCHLUMBERGER LTD | A | Dividend | | | Buy | 1/15 | J | | |
| 395. | | | | | Sold | 2/12 | J | A | |
| 396. --SONY CORP ADR NEW | A | Dividend | | | Buy | 1/15 | J | | |
| 397. | | | | | Sold | 2/12 | J | A | |
| 398. --SYNGENTA AG ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 399. | | | | | Sold | 2/12 | J | A | |
| 400. --UNILEVER PLC NEW ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 401. | | | | | Sold | 2/12 | J | A | |
| 402. --CEMEX SAB DE CV SPND ADR | A | Dividend | | | Buy | 1/15 | J | | |
| 403. | | | | | Sold | 1/16 | J | A | |
| 404. --VALERO ENERGY CORP NEW | A | Dividend | | | Buy | 1/15 | J | | |
| 405. | | | | | Sold | 1/16 | J | A | |
| 406. --RECKITT BENCKISER GROUP | A | Dividend | | | Buy | 1/15 | J | | |
| 407. | | | | | Sold | 1/17 | J | A | |
| 408. --AETNA INC | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 2/12 | J | A | |
| 410. --AGILENT TECHNOLOGIES INC | A | Dividend | | | Buy | 1/16 | J | | |
| 411. | | | | | Sold | 2/12 | J | A | |
| 412. --ALLSTATE CORP DEL | A | Dividend | | | Buy | 1/16 | J | | |
| 413. | | | | | Sold | 2/12 | J | A | |
| 414. --ALTRIA GROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 415. | | | | | Sold | 2/12 | J | A | |
| 416. --AON CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 417. | | | | | Sold | 2/12 | J | A | |
| 418. --APPLIED MATERIAL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 419. | | | | | Sold | 2/12 | J | A | |
| 420. --AT&T INC | A | Dividend | | | Buy | 1/16 | J | | |
| 421. | | | | | Sold | 2/12 | J | A | |
| 422. --BANK OF AMERICA CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 423. | | | | | Sold | 2/12 | J | A | |
| 424. --BIG LOTS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 425. | | | | | Sold (part) | 2/4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 2/12 | J | A | |
| 427.  --BIOGEN IDEC INC | A | Dividend | | | Buy | 1/16 | J | | |
| 428. | | | | | Sold | 2/12 | J | A | |
| 429.  --BMC SOFTWARE INC | A | Dividend | | | Buy | 1/16 | J | | |
| 430. | | | | | Sold | 2/12 | J | A | |
| 431.  --CA INC | A | Dividend | | | Buy | 1/16 | J | | |
| 432. | | | | | Sold | 2/12 | J | A | |
| 433.  --CHEVRON CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 434. | | | | | Sold | 2/12 | J | A | |
| 435.  --CIGNA CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 436. | | | | | Sold | 2/12 | J | A | |
| 437.  -- CITIGROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 438. | | | | | Sold | 2/12 | J | A | |
| 439.  --COMPUTER SCIENCE CRP | A | Dividend | | | Buy | 1/16 | J | | |
| 440. | | | | | Sold | 2/12 | J | A | |
| 441.  --ELECTR DATA SYS CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 442. | | | | | Sold | 2/12 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --EXPEDIA INC DEL | A | Dividend | | | Buy | 1/16 | J | | |
| 444. | | | | | Sold | 2/12 | J | A | |
| 445. --EXXON MOBIL CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 446. | | | | | Sold | 2/12 | J | A | |
| 447. --FAMILY DOLLAR STORES | A | Dividend | | | Buy | 1/16 | J | | |
| 448. | | | | | Sold (part) | 2/5 | J | A | |
| 449. | | | | | Sold (part) | 2/6 | J | A | |
| 450. | | | | | Sold | 2/7 | J | A | |
| 451. --GENERAL ELECTRIC | A | Dividend | | | Buy | 1/16 | J | | |
| 452. | | | | | Sold | 2/12 | J | A | |
| 453. --GOLDMAN SACHS GROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 454. | | | | | Sold | 2/12 | J | A | |
| 455. --HASBRO INC | A | Dividend | | | Buy | 1/16 | J | | |
| 456. | | | | | Sold | 2/12 | J | A | |
| 457. --HERCULES INC | A | Dividend | | | Buy | 1/16 | J | | |
| 458. | | | | | Sold | 2/12 | J | A | |
| 459. --HEWLETT PACKARD CO DEL | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold | 2/12 | J | A | |
| 461.  --HONEYWELL INTL INC DEL | A | Dividend | | | Buy | 1/16 | J | | |
| 462. | | | | | Sold | 2/12 | J | A | |
| 463.  --HUMANA INC | A | Dividend | | | Buy | 1/16 | J | | |
| 464. | | | | | Sold | 2/12 | J | A | |
| 465.  --INTL PAPER CO | A | Dividend | | | Buy | 1/16 | J | | |
| 466. | | | | | Sold | 2/12 | J | A | |
| 467.  --JANUS CAPITAL GROUP INC | A | Dividend | | | Buy | 1/16 | J | | |
| 468. | | | | | Sold | 2/12 | J | A | |
| 469.  --JPMORGAN CHASE & CO | A | Dividend | | | Buy | 1/16 | J | | |
| 470. | | | | | Sold | 2/12 | J | A | |
| 471.  --JUNIPER NETWORKS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 472. | | | | | Sold | 2/12 | J | A | |
| 473.  --KING PHARMACEUTICALS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 474. | | | | | Sold | 2/12 | J | A | |
| 475.  --KROGER CO | A | Dividend | | | Buy | 1/16 | J | | |
| 476. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. --LOCKHEED MARTIN CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 478. | | | | | Sold | 2/12 | J | A | |
| 479. --MARATHON OIL CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 480. | | | | | Sold | 2/12 | J | A | |
| 481. --MCKESSON CORPORATION | A | Dividend | | | Buy | 1/16 | J | | |
| 482. | | | | | Sold | 2/12 | J | A | |
| 483. --MEDCO HEALTH SOLUTIONS I | A | Dividend | | | Buy | 1/16 | J | | |
| 484. | | | | | Sold | 2/12 | J | A | |
| 485. --MERCK&CO INC | A | Dividend | | | Buy | 1/16 | J | | |
| 486. | | | | | Sold | 2/12 | J | A | |
| 487. --NORTHROP GRUMMAN CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 488. | | | | | Sold | 2/12 | J | A | |
| 489. --NOVELLUS SYS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 490. | | | | | Sold | 2/12 | J | A | |
| 491. --OCCIDENTAL PETE CORP CAL | A | Dividend | | | Buy | 1/16 | J | | |
| 492. | | | | | Sold | 2/12 | J | A | |
| 493. --PARKER HANNIFIN CORP | A | Dividend | | | Buy | 1/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns Bl and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns Cl and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold | 2/12 | J | A | |
| 495. --PFIZER INC DEL PV$0.05 | A | Dividend | | | Buy | 1/16 | J | | |
| 496. | | | | | Sold | 2/12 | J | A | |
| 497. --PRUDENTIAL FINANCIAL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 498. | | | | | Sold | 2/12 | J | A | |
| 499. --QWEST COMM INTL INC | A | Dividend | | | Buy | 1/16 | J | | |
| 500. | | | | | Sold | 2/12 | J | A | |
| 501. --RAYTHEON CO DELAWARE | A | Dividend | | | Buy | 1/16 | J | | |
| 502. | | | | | Sold | 2/12 | J | A | |
| 503. --SHERWIN WILLIAMS | A | Dividend | | | Buy | 1/16 | J | | |
| 504. | | | | | Sold | 2/12 | J | A | |
| 505. --SUNOCO INC PV$1 PA | A | Dividend | | | Buy | 1/16 | J | | |
| 506. | | | | | Sold | 2/12 | J | A | |
| 507. --TRAVELERS COS INC | A | Dividend | | | Buy | 1/16 | J | | |
| 508. | | | | | Sold | 2/12 | J | A | |
| 509. --UNUM GROUP | A | Dividend | | | Buy | 1/16 | J | | |
| 510. | | | | | Sold | 2/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. --VALERO ENERGY CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 512. | | | | | Sold | 2/12 | J | A | |
| 513. --WELLPOINT INC | A | Dividend | | | Buy | 1/16 | J | | |
| 514. | | | | | Sold | 2/12 | J | A | |
| 515. --XEROX CORP | A | Dividend | | | Buy | 1/16 | J | | |
| 516. | | | | | Sold | 2/12 | J | A | |
| 517. --XL CAPITAL LTD CL A | A | Dividend | | | Buy | 1/16 | J | | |
| 518. | | | | | Sold | 2/12 | J | A | |
| 519. | | | | | | | | | |
| 520. Life Insurance - Mass Mutual Account | | | | | | | | | |
| 521. --MML Equity Index | A | Dividend | | | Sold | 1/24 | J | A | |
| 522. --Oppenheimer Aggressive Growth | A | Dividend | | | Sold | 1/24 | J | A | |
| 523. --Oppenheimer Capital Appreciation | A | Dividend | | | Sold | 1/24 | J | A | |
| 524. --Oppenheimer Global Securities | B | Dividend | | | Sold | 1/24 | J | A | |
| 525. --Oppenheimer Growth & Income | A | Dividend | | | Sold | 1/24 | J | A | |
| 526. --Panorama Growth Division | A | Dividend | | | Sold | 1/24 | J | A | |
| 527. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 08/7/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Checking and Money Market Accounts, J.P. Morgan | B | Interest | K | T | | | | | |
| 529. | | | | | | | | | |
| 530. J.P. Morgan Securities Corporation, F/K/A Bank One | | | | | | | | | |
| 531. --JP Morgan Tax Free Money Market, | A | Dividend | J | T | | | | | |
| 532. -- F/K/A Daily Tax Exempt Money FD SH Ben Int | | | | | | | | | |
| 533. --JP Morgan Treasury Plus Money (Y) | A | Dividend | J | T | | | | | |
| 534. -- F/K/A Daily Tax Exempt Money FD SH Ben Int | | | | | | | | | |

| . Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vance, Sarah S. | 08/7/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

The following assets were sold completely in 2007:

        Profit Sharing Retirement Plan - Fidelity Invest. Account: (Page 5-6)
Villere Balanced

        Child's Trust, Merrill Lynch: (Page 6-7)
Lord Abbett Developing Growth FD CL B
Davis NY Venture FD B

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544